

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

March 4, 2020

**U.S. District Court Judge Brenda K. Sannes**
**Northern District of New York**
**James M. Hanley Federal Building & U.S. Courthouse**
**100 S. Clinton St.**
**Syracuse, NY 13261**

        Re:    Deborah Laufer v. Homestead Village Dev. Group LLC , et. al.
              Case No.: 3:19-cv- 001557 (BKS/ML)
              <u>NOTICE OF SETTLEMENT</u>

**Greetings Judge Sannes,**

      **Please note that the undersigned is the attorney for plaintiff in the above referenced matter. I am pleased to report that the parties have reached a settlement in this action. The parties join in this Letter Motion seeking a stay of all court proceedings in this matter through April 1, 2020, while the settlement agreement is consummated.**

      **Thank you for your attention and courtesy in this matter.**

**Very truly yours,**

*Peter Sverd*

Peter Sverd, Esq.